**Case 16-2022-CA-005262-XXXX-MA**

| Department | Circuit Civil | Division | CV-C |
|---|---|---|---|
| Case Status | OPEN | File Date | 9/9/2022 3:49:52 PM |
| Judge Name | DEES, ROBERT M | Officer | |
| Private Attorney | Peterson, Matthew | | |

### Parties

| Name / DOB / DL / ID # | Party Type Race / Sex | Address |
|---|---|---|
| THE LAW OFFICE OF WILLIAM J. SCOTT, P.A. | PLAINTIFF / | 2716 HERSCHEL ST JACKSONVILLE, FL32205-8115 |
| SCANSTAT TECHNOLOGIES, LLC | DEFENDANT / | 1750 FOUNDERS PKWY ALPHARETTA, GA30009 |

### Attorneys

| Attorney | Address | For Parties |
|---|---|---|
| Peterson, Matthew Private Attorney (1020720) | Suite 201H, #105 1101 E Cumberland Ave Tampa, FL33602-4231 | THE LAW OFFICE OF WILLIAM J. SCOTT, P.A. (PLAINTIFF) |

### Fees

| Date | Description | Assessed | Paid | Balance |
|---|---|---|---|---|
| 09/12/2022 | SUMMONS($10/ea) 6/17/2017 | $10.00 | $10.00 | $0.00 |
| 09/12/2022 | CIR/GENERALCIVIL 7/1/2019 | $401.00 | $401.00 | $0.00 |

### Dockets

| Line / Document | Count | Effective / Entered | Description | Pages | Image |
|---|---|---|---|---|---|
| 1 | -- | 9/9/2022 9/12/2022 | CONTRACT AND INDEBTEDNESS | | |
| 2 D2 | -- | 9/9/2022 9/12/2022 | COVER SHEET | 3 | Available VOR, Ready to view |
| 3 D3 | -- | 9/9/2022 9/12/2022 | COMPLAINT | 15 | Available VOR, Ready to view |
| 4 D4 | -- | 9/9/2022 9/12/2022 | SUMMONS ISSUED TO SCANSTAT TECHNOLOGIES LLC | 3 | Available VOR, Ready to view |
| 5 D5 | -- | 9/10/2022 9/12/2022 | CASE FEES PAID: $411.00 ON RECEIPT NUMBER 4233881 | 1 | Available Public access |
| 6 D6 | -- | 10/4/2022 10/4/2022 | SUMMONS RETURNED INDICATING SERVICE 10/03/2022 11:57AM CORPORATE SERVICE, SCANSTAT TECHNOLOGIES, LLC SOLUTIONS, INC RA | 1 | Available Public access |