Filing # 157113800 E-Filed 09/09/2022 03:49:52 PM

### FORM 1.997.    CIVIL COVER SHEET

The civil cover sheet and the information contained in it neither replace nor supplement the filing and service of pleadings or other documents as required by law. This form must be filed by the plaintiff or petitioner with the Clerk of Court for the purpose of reporting uniform data pursuant to section 25.075, Florida Statutes. (See instructions for completion.)

#### I.    CASE STYLE

IN THE CIRCUIT/COUNTY COURT OF THE <u>FOURTH</u>   JUDICIAL CIRCUIT,
IN AND FOR <u>DUVAL</u>   COUNTY, FLORIDA

<u>The Law Office of William J. Scott, P.A.</u>
   Plaintiff

Case # _____
Judge  _____

vs.

<u>ScanSTAT Technologies, LLC</u>
   Defendant

#### II.    AMOUNT OF CLAIM

Please indicate the estimated amount of the claim, rounded to the nearest dollar. The estimated amount of the claim is requested for data collection and clerical processing purposes only. The amount of the claim shall not be used for any other purpose.

☐ $8,000 or less
☐ $8,001 - $30,000
☐ $30,001- $50,000
☐ $50,001- $75,000
☐ $75,001 - $100,000
☒ over $100,000.00

#### III.    TYPE OF CASE    

(If the case fits more than one type of case,  select the most definitive category.) If the most descriptive label is a subcategory (is indented under a broader category), place an x on both the main category and subcategory lines.

ACCEPTED: DUVAL COUNTY, JODY PHILLIPS, CLERK, 09/12/2022 08:57:12 AM

- 2 -

**CIRCUIT CIVIL**

☐ Condominium
☒ Contracts and indebtedness
☐ Eminent domain
☐ Auto negligence
☐ Negligence—other
    ☐ Business governance
    ☐ Business torts
    ☐ Environmental/Toxic tort
    ☐ Third party indemnification
    ☐ Construction defect
    ☐ Mass tort
    ☐ Negligent security
    ☐ Nursing home negligence
    ☐ Premises liability—commercial
    ☐ Premises liability—residential
☐ Products liability
☐ Real Property/Mortgage foreclosure
    ☐ Commercial foreclosure
    ☐ Homestead residential foreclosure
    ☐ Non-homestead residential foreclosure
    ☐ Other real property actions

☐ Professional malpractice
    ☐ Malpractice—business
    ☐ Malpractice—medical
    ☐ Malpractice—other professional
☐ Other
    ☐ Antitrust/Trade regulation
    ☐ Business transactions
    ☐ Constitutional challenge—statute or ordinance
    ☐ Constitutional challenge—proposed amendment
    ☐ Corporate trusts
    ☐ Discrimination—employment or other
    ☐ Insurance claims
    ☐ Intellectual property
    ☐ Libel/Slander
    ☐ Shareholder derivative action
    ☐ Securities litigation
    ☐ Trade secrets
    ☐ Trust litigation

**COUNTY CIVIL**

☐ Small Claims up to $8,000
☐ Civil
☐ Real property/Mortgage foreclosure

☐ Replevins
☐ Evictions
    ☐ Residential Evictions
    ☐ Non-residential Evictions
☐ Other civil (non-monetary)

## COMPLEX BUSINESS COURT

This action is appropriate for assignment to Complex Business Court as delineated and mandated by the Administrative Order. Yes ☒ No ☐

**IV. REMEDIES SOUGHT** (check all that apply):
☒ Monetary;
☒ Nonmonetary declaratory or injunctive relief;
☐ Punitive

**V. NUMBER OF CAUSES OF ACTION:** [ ]
(Specify)

   3

**VI. IS THIS CASE A CLASS ACTION LAWSUIT?**
☒ yes
☐ no

**VII. HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
☒ no
☐ yes If "yes," list all related cases by name, case number, and court.

**VIII. IS JURY TRIAL DEMANDED IN COMPLAINT?**
☒ yes
☐ no

**IX. DOES THIS CASE INVOLVE ALLEGATIONS OF SEXUAL ABUSE?**
☐ yes
☒ no

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief, and that I have read and will comply with the requirements of Florida Rule of Judicial Administration 2.425.

Signature: s/ Matthew T Peterson      Fla. Bar # 1020720
    Attorney or party      (Bar # if attorney)

Matthew T Peterson      09/09/2022
(type or print name)      Date

Filing # 157113800 E-Filed 09/09/2022 03:49:52 PM

IN THE CIRCUIT COURT OF THE FOURTH JUDICIAL CIRCUIT
IN AND FOR DUVAL COUNTY, FLORIDA

THE LAW OFFICE OF WILLIAM J. SCOTT, P.A., on behalf of itself and all others similarly situated,

    Plaintiff,

v.

SCANSTAT TECHNOLOGIES, LLC,

    Defendant.
_____/

CASE NO.:
CIVIL DIVISION

CLASS REPRESENTATION
JURY TRIAL DEMANDED

## SUMMONS

**TO DEFENDANT:**

SCANSTAT TECHNOLOGIES, LLC
c/o REGISTERED AGENT SOLUTIONS, INC.
838 WALKER ROAD SUITE 21-2
DOVER, DE 19904

### IMPORTANT

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of this court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the court you must also mail or take a copy of your written response to the attorney for Plaintiff, The Law Office of William J. Scott, P.A: Matthew T. Peterson, Brian W. Warwick and Janet R. Varnell, Varnell & Warwick, P.A., 1101 E. Cumberland Ave., Suite 201H, #105, Tampa, Florida 33602; Telephone: (352) 753-8600.

**YOU ARE COMMANDED TO SERVE THIS SUMMONS AND A COPY OF THE COMPLAINT IN THIS LAWSUIT TO THE ABOVE-NAMED DEFENDANT.**

**DATED:** Sep 12 2022

**(SEAL)**

CLERK OF THE COURT

BY: *LoaSkaff*

CLERK

2

## IMPORTANTE

Usted ha sido demandado legalmente. Tiene 20 dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como Plaintiff, The Law Office of William J. Scott, P.A: Matthew T. Peterson, Brian W. Warwick and Janet R. Varnell, Varnell & Warwick, P.A., 1101 E. Cumberland Ave., Suite 201H, #105, Tampa, FL 33602; Telephone: (352) 753-8600.

## IMPORTANT

Des poursuites judiciares ont ete entreprises contre vous. Vous avez 20 jours consecu-tifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce tribunal. Un simple coup de telephone est insuffisant pour vous proteger. Vous etes obliges de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).
Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egale-ment, en meme temps que cette formalite, faire parvenir ou expedier une copie de votre reponse ecrite au Plaintiff, The Law Office of William J. Scott, P.A: Matthew T. Peterson, Brian W. Warwick and Janet R. Varnell, Varnell & Warwick, P.A., 1101 E. Cumberland Ave., Suite 201H, #105, Tampa, FL 33602; Telephone: (352) 753-8600.

## NOTICE TO PERSONS WITH DISABILITIES

If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the ADA Coordinator at (904) 255-1695 or crtintrp@coj.net at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711

IN THE CIRCUIT COURT OF THE 4TH JUDICIAL CIRCUIT
IN AND FOR DUVAL COUNTY, FLORIDA

| | |
|---|---|
| THE LAW OFFICE OF WILLIAM J. SCOTT, P.A., ON BEHALF OF ITSELF AND ALL OTHERS SIMILARLY SITUATED<br><br>Plaintiff/Petitioner<br><br>vs.<br><br>SCANSTAT TECHNOLOGIES, LLC<br><br>Defendant/Respondent | Case No.: 16-2022-CA-005262-XXXX-MA<br><br>AFFIDAVIT OF SERVICE OF SUMMONS; CIVIL COVER SHEET; CLASS ACTION COMPLAINT; EXHIBITS; PLAINTIFF'S FIRST REQUESTS FOR PRODUCTION TO DEFENDANT SCANSTAT TECHNOLOGIES, LLC; PLAINTIFF'S FIRST INTERROGATORIES TO DEFENDANT SCANSTAT TECHNOLOGIES, LLC |

Received by **Isaiah Greene**, on the **29th day of September, 2022 at 7:03 PM** to be served upon **ScanSTAT Technologies, LLC c/o REGISTERED AGENT SOLUTIONS, INC., REGISTERED AGENT** at **838 Walker Rd Suite 21-2, Dover, Kent County, DE 19904**.
On the **3rd day of October, 2022 at 11:57 AM**, I, Isaiah Greene, SERVED ScanSTAT Technologies, LLC c/o **REGISTERED AGENT SOLUTIONS, INC., REGISTERED AGENT** at **838 Walker Rd Suite 21-2, Dover, Kent County, DE 19904** in the manner indicated below:

**CORPORATE SERVICE**, by personally delivering **1** copy(ies) of the above listed documents to the named Corporation, by serving **REGISTERED AGENT SOLUTIONS, INC., REGISTERED AGENT**, on behalf of said Corporation.
THE DESCRIPTION OF THE PERSON WITH WHOM THE COPY OF THIS PROCESS WAS LEFT IS AS FOLLOWS:
**I delivered the documents to REGISTERED AGENT SOLUTIONS, INC., REGISTERED AGENT with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a gray-haired white male contact 35-45 years of age, 5'8"-5'10" tall and weighing 140-160 lbs.**

Service Fee Total: **$135.00**

Per U.S. Code § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

NAME: _Isaiah Greene (signature)_   Server ID #   10/03/2022
Isaiah Greene                                    Date

REF: **REF-11010324**

Page 1 of 1
Tracking #: **0094272462**